THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-275

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JORICK MANAGEMENT LLC, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court upon Plaintiff's Motion to Compel. (Doc. 18). The Court's ruling on Plaintiff's Motion for Summary Judgment renders Plaintiff's motion moot. Therefore, the motion is denied as moot.

SO ORDERED.

Signed: November 15, 2010

Graham C. Mullen
United States District Judge