# United States District Court
# For The Western District of North Carolina
# Charlotte Division

United States of America,

       Plaintiff,                          JUDGMENT IN A CIVIL CASE

vs.                                         3:09-cv-275-GCM

Jorick Management, LLC,

       Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 14, 2011 Order.

                                              Signed: June 14, 2011

                                              Frank G. Johns, Clerk
                                              United States District Court