IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : No. 3:09-CV-275-GCM |
| v. | : |
| JORICK MANAGEMENT, LLC, | : |
| Defendant. | : |

## CONSENT JUDGMENT

And now, this 5th day of February, 2013, this matter having been opened by the United States by consent motion for entry of a money judgment, and on the consent of the parties below, it is

ORDERED that the motion is GRANTED;

ORDERED that final judgment on the complaint is entered in favor of the United States and against defendant Jorick Management, L.L.C. in the amount of $243,557.33 pursuant to 26 U.S.C. § 6332(d)(1) and in the amount of $121,778.66 pursuant to U.S.C. § 6332(d)(2), with interest on such sums accruing after April 2, 2004 pursuant to 26 U.S.C. § 6621.

Signed: February 5, 2013

*Graham C. Mullen*
Graham C. Mullen
United States District Judge

9533843.1

*Seen and agreed to*

| | |
|---|---|
| ANNE M. TOMPKINS<br>United States Attorney | WILSON HELMS & CARTLEDGE, LLP |
| /s/ Yonatan Gelblum<br>YONATAN GELBLUM<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 227<br>Washington, DC 20044<br>(202) 305-3136 (p)<br>(202) 514-6866 (f)<br>Yonatan.Gelblum@usdoj.gov<br>*Counsel for the United States* | /s/ G. Gray Wilson<br>G. Gray Wilson, #7398<br>Lorin J. Lapidus, #33458<br>110 Oakwood Drive, Suite 400<br>Winston-Salem, North Carolina 27103<br>(336) 631-8866 – telephone<br>(336) 631-9770 – facsimile<br>gwilson@whclawfirm.com<br>llapidus@whclawfirm.com<br>*Attorneys for Defendant* |